# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Siemens Government Technologies, Inc. ) ASBCA No. 60516
)
Under Contract No. W912DY-09-D-0021 )

APPEARANCE FOR THE APPELLANT: Jack Chu, Esq.
    Counsel

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Kathryn R. Sommerkamp, Esq.
    Margaret P. Simmons, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

The Board docketed this appeal on 28 March 2016. By letter dated 22 June 2016, prior to filing its complaint, appellant filed a notice of voluntary dismissal of this appeal without prejudice. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.,* ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: 29 June 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60516, Appeal of Siemens Government Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
